### HOLLAND *v.* COBB.

GILBERT, J.   The court did not abuse its discretion in awarding the custody of the minor child to his grandfather.   Civil Code, § 2972.

*Judgment affirmed.    All the Justices concur.*

No. 1898.   AUGUST 14, 1920.

Habeas corpus.   Before Judge Harrell.   Decatur superior court. January 17, 1920.

*W. V. Custer,* for plaintiff in error.   *E. L. Smith,* contra.

---

### WILLIAMS *v.* THE STATE.

HILL, J.   No errors of law are complained of as having been committed on the trial.   The verdict is supported by evidence, and the court did not err in refusing a new trial.

*Judgment affirmed.    All the Justices concur.*

No. 1948.   AUGUST 14, 1920.

Indictment for murder.   Before Judge Humphries.   Fulton superior court.   February 7, 1920.

*Frank D. Pierson,* for plaintiff in error.

*Clifford Walker,* attorney-general, *John A. Boykin,* solicitor-general, *M. C. Bennet,* and *E. A. Stephens,* contra.